JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANHATTAN BANKER CORP., | ) | SA CV 05-308 DOC(RNBx) |
| Plaintiff, | ) | ORDER DISMISSING CIVIL ACTION |
| v. | ) | |
| PARADIGM OIL INC., et al | ) | |
| Defendants. | ) | |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on October 18, 2007.  Plaintiff was ordered to show cause in writing no later than November 2, 2007, why this action should not be dismissed, for lack of prosecution.  Plaintiff successfully entered default on December 14, 2007.  Plaintiff unsuccessfully requested entry of default judgment on December 14, 2007.  To this date, plaintiff has not corrected the deficiencies set for by the Clerk on December 14, 2007.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

April 9, 2008

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE